**EXHIBIT "B"**

# Enrollment Form

Case Number: 445-80015
FPI Management, Inc. 401(k) Plan



**Associates in Excellence**

ENTERED COMPUTER
11/30/2009

# Yes, sign me up.
Follow these four easy steps:

Please clearly print current and accurate information below. Please note that this enrollment form is for your initial enrollment only. For future changes, refer to the account access card on the back cover. <u>All employees who have met the plan's eligibility requirements, regardless of whether you choose to participate, must complete all applicable sections of the form.</u>

## STEP ONE: COMPLETE YOUR PERSONAL INFORMATION

Name: **Williams**  **Donna**  **K**
         Last           First          MI

City: [redacted]  State: **Carlsbad, Ca**  ZIP Code: **92008**

Date of Hire: **11/3/08**   Gender (M or F): **F**   Marital Status: **Single**

## STEP TWO: COMPLETE YOUR CONTRIBUTION ELECTION(S)

**ELECTIVE DEFERRALS**

☒ I elect to participate and contribute **3**% or $ _____ of compensation per pay period on a **pre-tax (traditional)** basis. (Maximum for all accounts – pre-tax and Roth contributions: $16,500 for 2009)

☐ I elect to participate and contribute _____% or $ _____ of compensation per pay period to a **Roth (after tax basis)**. (Maximum for all accounts – pre-tax and Roth contributions: $16,500 for 2009)

☐ I elect not to make *elective deferrals* until further notice. I understand that if I do not participate now, or discontinue participation, I must wait until the next available enrollment date. Although I elect not to save through payroll deduction, I understand my employer may elect to contribute a discretionary contribution to the plan, and I authorize such a contribution to be invested as indicated below. If I elect to roll over money into the plan I also authorize my rollover to be invested as indicated below.

**CATCH-UP CONTRIBUTIONS**

☐ I will be at least 50 years of age or older by the end of the calendar year and elect to make catch-up contributions to the plan. (The maximum catch-up contribution is $5,500 for 2009.) I elect to contribute _____% or $ _____ of compensation per pay period as catch-up contributions once my maximum allowable deferral limits are met. Please note all catch-up contributions will be allocated as designated above.

Name: **Williams, Donna K**
Last / First / MI

Case Number: 445-80015
FPI Management, Inc. 401(k) Plan

Associates in Excellence

## STEP THREE: CHOOSE YOUR INVESTMENT OPTION BY CHECKING A BOX BELOW

Please complete one of the "Do It For Me", "Help Me Do It", or "I'll Do It Myself" sections based on your investment style and goals. Refer to page 12 of your enrollment book for help in choosing.


### DO IT FOR ME

**Target Maturity Funds**
I prefer to pick just one fund, based on the year I plan to retire.

✓ Check **one** box below that aligns closest to your expected retirement date, then go to the next step and sign your name.

| Fund Name: | Inquire Code: | Allocation Percentage: |
|---|---|---|
| ☐ NW Dest 2010 Inst | 2057 | 100% |
| ☐ NW Dest 2015 Inst | 2058 | 100% |
| ☐ NW Dest 2020 Inst | 2059 | 100% |
| ☐ NW Dest 2025 Inst | 2060 | 100% |
| ☐ NW Dest 2030 Inst | 2061 | 100% |
| ☐ NW Dest 2035 Inst | 2062 | 100% |
| ☐ NW Dest 2040 Inst | 2063 | 100% |
| ☐ NW Dest 2045 Inst | 2064 | 100% |
| ☐ NW Dest 2050 Inst | 2065 | 100% |
| ☐ NW Rtrmt Inc Inst | 2066 | 100% |


### HELP ME DO IT

I prefer to pick just one fund, based on my investor profile.

✓ Select the fund below that matches your profile on page 16, then go to the next step and sign your name.

| Fund Name: | Inquire Code: | Allocation Percentage: |
|---|---|---|
| ☐ NW Inv Dest Aggr Inst | 1616 | 100% |
| ☐ NW Inv Dest Mod Aggr Inst | 1619 | 100% |
| ☒ NW Inv Dest Mod Inst | 1618 | 100% |
| ☐ NW Inv Dest Mod Cnsrv INST | 1620 | 100% |
| ☐ NW Inv Dest Cnsrv Inst | 1617 | 100% |

**PLEASE BE SURE TO RETURN ALL PAGES OF THIS FORM**
73

Name: Williams Deana K
    Last        First        MI

Case Number: 445-80015          Associates in Excellence
FPI Management, Inc. 401(k) Plan



## I'LL DO IT MYSELF

✓ ☐ I elect to invest as follows:

Select investments below based on your profile on page 16, then go to the next step and sign your name. All allocations must be made in whole percentages, and the total must equal 100%.

| Asset Class | Fund Name | Percentage | Inquire Code | Asset Class | Fund Name | Percentage | Inquire Code |
|---|---|---|---|---|---|---|---|
| IS | Harbor Intl Inst | ___% | 1814 | BA | NW Dest 2035 Inst | ___% | 2062 |
| IS | Thornburg Intl Value Fd I | ___% | 427 | BA | NW Dest 2040 Inst | ___% | 2063 |
| SC | Buf SmCap | ___% | 1570 | BA | NW Dest 2045 Inst | ___% | 2064 |
| SC | Heartland Val Pls Inv | ___% | 1314 | BA | NW Dest 2050 Inst | ___% | 2065 |
| SC | Neu Ber Genesis Fd TC | ___% | 398 | BA | NW Inv Dest Aggr Inst | ___% | 1616 |
| MC | AIM MdCap Cor Eq A | ___% | 411 | BA | NW Inv Dest Cnsrv Inst | ___% | 1617 |
| MC | Jenisn MdCap Gr A | ___% | 1195 | BA | NW Inv Dest Mod Aggr Inst | ___% | 1619 |
| MC | Jns Prkns MdCap Val I | ___% | 2674 | BA | NW Inv Dest Mod Cnsrv INST | ___% | 1620 |
| LC | AllnzNFJ LgCap Val A | ___% | 2490 | BA | NW Inv Dest Mod Inst | ___% | 1618 |
| LC | AmFds Am Mut R5 | ___% | 1492 | BA | NW Rtrmt Inc Inst | ___% | 2066 |
| LC | AmFds Fdmntl Inv R5 | ___% | 1496 | BD | AmCent Infl Adj Bd Adv | ___% | 707 |
| LC | Vngrd PRIMECAP Cor Inv | ___% | 1987 | BD | NeuBer Hi Inc Bd Inv | ___% | 639 |
| LC | WFAF Growth A | ___% | 1149 | BD | PIMCO TtlRetrn Fnd Cls A | ___% | 138 |
| BA | NW Dest 2010 Inst | ___% | 2057 | BD | WFAF Gov Securities Inv Cl | ___% | 876 |
| BA | NW Dest 2015 Inst | ___% | 2058 | SB | Dryden Sht–Trm Corp Bnd A | ___% | 1191 |
| BA | NW Dest 2020 Inst | ___% | 2059 | SB | GdmnScs Shrt Dur Govt Inst | ___% | 2270 |
| BA | NW Dest 2025 Inst | ___% | 2060 | CA | NW Mny Mkt Inst | ___% | 688 |
| BA | NW Dest 2030 Inst | ___% | 2061 | | | | |

**Total Percentage**     100%
Double–check that your selections equal 100%

**Asset Class Legend:** IS – International Stocks, SC – Small–Cap Stocks, MC – Mid–Cap Stocks, LC – Large–Cap Stocks, BA – Balanced, BD – US Bonds SB – Short–Term Bonds, CA – Cash, SP – Specialty, AA – Asset Allocation

Additional funds are available to you after this enrollment process is completed by visiting nationwide.com.

### STEP FOUR: SIGN AND DATE

Please return this completed form to YOUR HUMAN RESOURCE REPRESENTATIVE.

Signature: X [signature]     Date: 11/21/09

### Welcome to your plan!

Don't forget to set up your online access at nationwide.com.

# Beneficiary Designation Form

Case Number: 445-80015
FPI Management, Inc. 401(k) Plan

Associates in Excellence

This form is used to designate the payment of your account balance upon your death. Follow these easy steps.

Name: **Williams   Donna   K**
         Last        First       MI

### STEP ONE: Enter Primary Beneficiary Information.    Percentages must total 100%.

If you are married, your spouse must be the sole primary beneficiary unless your spouse approves otherwise and signs the waiver below.

Last Name **Williams JR**   First Name **Darrell**   Relationship **Nephew**
Address _____   Percentage **100** %
Last Name _____   First Name _____   Relationship _____
Address _____   Percentage ____ %

### STEP TWO: Enter Contingent Beneficiary Information.    Percentages must total 100%.

In the event that your primary beneficiaries do not survive you, your vested account balance will be divided among your contingent beneficiaries in the percentages specified below.

Last Name **Williams**   First Name **Ashley**   Relationship **Neice**
Address _____   Percentage **50** %
Last Name **Williams**   First Name **Erica**   Relationship **Neice**
Address _____   Percentage **50** %

### STEP THREE: Complete and Sign.

I certify that I am:  ☐ Married   ☒ Not Married   ☐ Legally Separated
Participant Signature _[signed]_    Date **4/21/09**

### STEP FOUR: This section must be completed if your spouse is not the sole primary beneficiary.

I consent to the primary beneficiary designation(s) made by my spouse. I understand that I have the right to all of my spouse's vested account under this plan after my spouse dies. I understand that by signing this consent, I am giving up my right to some or all of the benefits under this plan, that the designation is not valid unless I consent to it, and that my consent is irrevocable unless my spouse revokes the beneficiary designation.

Spouse's Name _____
Spouse Signature _____   Date _____
This consent must be witnessed by either a plan representative or a notary public.
STATE OF _____   COUNTY OF _____

I certify that before me personally appeared the above-named spouse who signed the above spousal consent and acknowledged same to be his/her free act and deed.

Plan Representative or Notary Public _____   Date _____
Notary Public Commission expires: _____   (Notary Seal)

77